Filed 10/19/21  P. v. Sanchez CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JOSE AGUSTIN SANCHEZ,<br><br>    Defendant and Appellant. | 2d Crim. No. B310194<br>(Super. Ct. No. 2016027110)<br>(Ventura County) |

Jose Agustin Sanchez pled guilty to reckless driving causing injury (Veh. Code, §§ 23103, subd. (a), 23105), and admitted he committed the offense while released from custody on bail in another case (Pen. Code, § 12022.1, subd. (b)).  The trial court sentenced him to eight months in state prison, to be served consecutively to his six-year, eight-month sentence in another case.  It later reduced the offense to a misdemeanor and the sentence to six months in county jail.  The court imposed a booking fee of $515.08 (Gov. Code, § 29550.2).

On appeal, Sanchez contends, and the Attorney General concedes, that the civil judgment requiring him to pay

the booking fee is no longer enforceable pursuant to Assembly Bill No. 1869 (2020-2021 Reg. Sess.) (Stats. 2020, ch. 92, § 11). We agree. (Gov. Code, § 6111, subd. (a).) The unpaid balance of the booking fee is uncollectible, and the judgment requiring the payment must be vacated. (*Ibid.*)

## DISPOSITION

The portion of the civil judgment requiring Sanchez to pay the $515.08 booking fee is vacated. Except as so modified, the judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>

TANGEMAN, J.

We concur:

GILBERT, P. J.

YEGAN, J.

2

Ferdinand Inumerable, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

Rob Bonta, Attorney General, Lance E. Winters, Chief Assistant Attorney General, Susan Sullivan Pithey, Assistant Attorney General, Noah P. Hill and Nima Razfar, Deputy Attorneys General, for Plaintiff and Respondent.